Royal Refrigerator Co., Inc., Respondent, v. Fiorina Building Corporation and Vincent E. Ferretti, Appellants, and Others, Defendants.— Motion for leave to appeal to the Appellate Division denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

Miriam Salitrinick, an Infant, by Samuel Alpern, Her Guardian ad Litem, Appellant, v. Dyckman Street and Englewood Ferry Corporation, Respondent.— Motion for leave to appeal to the Appellate Division denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

Abraham Sendel, Plaintiff, v. Harry Kaufman, Doing Business as Traffic Garage, Respondent; Productive Thought, Inc., a Domestic Corporation, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

Jack Wechsler, Appellant, v. Equitable Life Assurance Society of the United States, Respondent.— Motion for leave to appeal to the Appellate Division denied. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

Bush Terminal Company, Appellant, v. The City of New York, Respondent.* — Order denying motion for examination of defendant before trial reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, upon authority of *Hannon* v. *City of New York* (226 App. Div. 757); examination to proceed on five days' notice at the place and hour stated in the notice of motion. Lazansky, P. J., Young, Hagarty and Davis, JJ., concur; Kapper, J., dissents and votes to affirm upon the ground of want of power in the absence of a statute, to order such an examination.

Mabel H. Catts, Appellant, v. Harry E. Catts, Respondent.— Judgment unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

Adele Fiedler, Appellant, v. George Fiedler, Respondent.— Order denying plaintiff's motion to strike out certain parts of defendant's amended answer affirmed, without costs. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.

Jack Goldstein, Administrator, etc., of Rebecca Goldstein, Deceased, Appellant, v. Isaac Wagner and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

Blanch E. Horton, Respondent, v. James Wallace Horton, Appellant.— Order modified by providing that defendant pay to plaintiff's attorney $200 counsel fee; $100 to be paid upon the entry of the order herein and service of a copy thereof with notice of entry, and the balance when the case is called for trial. As so modified, the order is affirmed, without costs. We think this amount, under the circumstances shown, is ample. Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.